NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**RTC INDUSTRIES, INC.,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of
Commerce for Intellectual Property and
Director of the United States Patent and
Trademark Office,**
*Intervenor*

———————————

2021-1514

———————————

Appeal from the United States Patent and Trademark
Office, Patent Trial and Appeal Board in No. IPR2019-
00994.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the appellant's unopposed
motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

2                                                    RTC INDUSTRIES, INC. V. VIDAL

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

May 17, 2022                              /s/ Peter R. Marksteiner
     Date                                Peter R. Marksteiner
                                         Clerk of Court

**ISSUED AS A MANDATE:** May 17, 2022